UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1485 |
| | ) | 08CR1903 W |
| vs. | ) | ORDER |
| Juan Jose Tavar-Orozco, | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) et al. | ) | Booking No. 08497098 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Miguel Alvarez-Ocampo

DATED: 6/10/08

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk
L. HERNANDEZ