UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>Juan Jose Tovar-Orozco, )<br>  )<br>Defendant(s) et al. )<br>_____) | CRIMINAL NO. 08mj1485<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08497298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Ramirez-Espinoza

DATED: 6/12/08

RECEIVED _____
DUSM

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk
L. HERNANDEZ